Oren R. Depp*, IL Bar No. 6345841
odepp@jonesday.com
JONES DAY
110 N. Wacker Dr., Suite 4800
Chicago, IL 60606
Telephone: +1.312.269.4208
Facsimile: +1.312.782.8585
*Admitted *pro hac vice*

Angela M. Taylor (State Bar No. 210425)
angelataylor@JonesDay.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612.4408
Telephone: (949) 851-3939
Facsimile: (949) 553-7539

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABIGAIL A. RICE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>　　　　Defendants. | Case No. 2:24-cv-07394-SPG-PVC<br><br>**NOTICE OF MOTION AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S OPPOSED MOTION TO STAY DISCOVERY AND CASE DEADLINES OR FOR A PROTECTIVE ORDER**<br><br>Date: June 18, 2025<br>Time: 1:30 p.m.<br>Place: Courtroom 5C |

EXPERIAN INFORMATION SOLUTIONS, INC.'S MOTION TO STAY DISCOVERY OR FOR A PROTECTIVE ORDER (2:24-cv-07394-SPG-PVC)

# NOTICE OF MOTION AND MOTION TO STAY DISCOVERY AND CASE DEADLINES OR FOR A PROTECTIVE ORDER

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE THAT**, on June 18, 2025, at 1:30 p.m., at the First Street Courthouse, 350 West 1st Street, Courtroom 5C, Los Angeles, CA 90012, the Honorable Sherilyn Peace Garnett presiding, Defendant Experian Information Solutions, Inc. ("EIS") will, and hereby does, move the Court for an Order staying discovery and case deadlines as to EIS or, alternatively, for a protective order while EIS's Motion to Compel Arbitration is pending resolution.

The Motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the attached exhibits of related orders, all of the papers on file in this action, and upon such other and further evidence or argument that the Court may consider.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on May 6, 2025, as well as an informal discovery conference with Magistrate Judge Pedro V. Castillo on May 13, 2025.

Dated: May 15, 2025.

EXPERIAN INFORMATION SOLUTIONS, INC.'S NOTICE OF MOTION AND MOTION TO STAY DISCOVERY OR FOR A PROTECTIVE ORDER (2:24-cv-07394-SPG-PVC)

ii