UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:24-cv-07394-SPG-PVC | Date | December 5, 2025 |
| Title | Abigail A. Rice v. Experian Information Solutions, Inc. et al | | |

| Present: The Honorable | SHERILYN PEACE GARNETT, UNITED STATES DISTRICT JUDGE |
|---|---|

| P. Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceeding:**   (IN CHAMBERS) NOTICE OF DISMISSAL

   Defendant Experian Information Solutions ("Defendant") filed a stipulation of dismissal, (ECF No. 64), which is effective to close the case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The case is therefore closed. (JS-6). Accordingly, the Court strikes the proposed order, (ECF No. 64-1), as moot, and all pending dates are vacated and taken off calendar. The Clerk of Court is directed to close the case.

   **IT IS SO ORDERED.**

_____ : _____

Initials of Preparer   pg